UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN SOTO, on behalf of her minor child, JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>MARY BENSON SKIPPER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  25-11755-FDS<br>)<br>)<br>)<br>)<br>) |

### ORDER TO SHOW CAUSE

**SAYLOR, J.**

The *pro se* complaint in this matter was filed on June 16, 2025. (ECF No. 1). The same day, a summons was issued by the court for service on defendant. (ECF No. 7). According to a return of service filed on October 10, 2025, defendant Mary Benson Skipper, Superintendent of the Boston Public Schools, was served on June 20, 2025. (ECF No. 13).

Defendant has not answered or otherwise responded to the complaint, notwithstanding the passage of several months. Accordingly, defendant Mary Benson Skipper shall show cause why a default should not be entered in this matter, or otherwise answer or respond to the complaint, on or before December 5, 2025.

The clerk is directed to provide a copy of this notice to the Office of Legal Advisor, Boston Public Schools, 2300 Washington Street, Boston, MA 02119, by first-class mail and by e-mail to legal.bostonpublicschools.org.

**So Ordered.**

Dated: November 17, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Court Judge